1  CROSNER LEGAL, P.C.
   Michael T. Houchin (SBN 305541)
2  mhouchin@crosnerlegal.com
3  Craig W. Straub (SBN 249032)
   craig@crosnerlegal.com
4  Zachary M. Crosner (SBN 272295)
5  zach@crosnerlegal.com
   9440 Santa Monica Blvd. Suite 301
6  Beverly Hills, CA 90210
7  Tel: (866) 276-7637
   Fax: (310) 510-6429
8
9  *Attorneys for Plaintiffs and the Proposed Class*
10

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA ADRA and WAYNE MITCHELL, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PILLOW CUBE, INC. and JAY DAVIS,<br><br>Defendants. | Case No. 3:24-cv-02313-JO-BJC<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**<br><br>Judge:  Hon. Jinsook Ohta<br>Courtroom: 4C |

1 | Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Sara Adra and Wayne Mitchell hereby voluntarily dismiss this action without prejudice.

Dated: February 7, 2025              CROSNER LEGAL, P.C.

By:      */s/ Michael T. Houchin*
        MICHAEL T. HOUCHIN

9440 Santa Monica Blvd. Suite 301
Beverly Hills, CA 90210
Tel: (866) 276-7637
Fax: (310) 510-6429
mhouchin@crosnerlegal.com
*Attorneys for Plaintiffs and the Proposed Class*

-1-
*Adra v. Pillow Cube, Inc.*, Case No. 3:24-cv-02313-JO-BJC
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE